UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Government,<br><br>-against-<br><br>CHEVETTE HASTINGS,<br><br>     Defendant. | 91mj00928-2(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  I have reviewed the pro se filings by Chevette Hastings in this matter, which ask the Court to dismiss the complaint. (ECF 1.) This case was transferred to the Central District of California on January 17, 1992, and the case was closed on that date. (ECF 6.) Accordingly, this Court lacks jurisdiction to consider Ms. Hastings' application to dismiss the complaint.

  The Clerk of Court is respectfully requested to terminate ECF 7.

DATED: January 22, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge